**SO ORDERED.**
**SIGNED this 20th day of February, 2020**

/s/ Suzanne H. Bauknight
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE

In re

REID JAMES NEWTON

Case No. 3:20-bk-30188-SHB
Chapter 13

Debtor

## O R D E R

This matter came for hearing on February 19, 2020, on (1) the Order entered by the Court on February 3, 2020 [Doc. 15], directing Debtor, *pro se*, to appear and show cause why this case should not be dismissed due to his ineligibility to be a debtor under Title 11 since he did not obtain the required credit counseling briefing within 180 days preceding the commencement of this case; and (2) the Trustee's Motion to Dismiss filed by Gwendolyn M. Kerney, Chapter 13 Trustee, on January 23, 2020 [Doc. 8], for failing to file the Certification of Credit Counseling proving eligibility under 11 U.S.C. § 109(h)(1). Debtor did not appear. For the reasons stated on the record, because Debtor's credit counseling briefing occurred post-petition and not within the 180 days preceding the date of the filing of his petition as required by 11 U.S.C. § 109(h)(1), the Court directs the following:

1. The Trustee's Motion to Dismiss is GRANTED.

2. This bankruptcy case is DISMISSED.

###